William C. Revis, Appellee, v. Edward Thompson,
Appellant.

Gen. No. 43,644.

opinion
filed April 24, 1946; released for publication May 10, 1946.  Eugene P.
Kealy and James A. Filipek, for appellant; Royal W. Irwin, for appel-
lee.  Opinion by PRESIDING JUSTICE KILEY.  Not to be published in full.